**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6076**

---

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

  v.

ANTONIO SILVA-VELAZQUEZ,

  Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Michael F. Urbanski, Senior District Judge.  (4:22-cr-00004-MFU-CKM-1)

---

Submitted:  June 17, 2025                Decided:  June 23, 2025

---

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Antonio Silva-Velazquez, Appellant Pro Se.  Jennifer R. Bockhorst, Assistant United States Attorney, Abingdon, Virginia, Jordan Edward McKay, OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Silva-Velazquez appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. "We review a district court's decision [whether] to reduce a sentence under § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Here, the district court found Silva-Velazquez ineligible for a sentence reduction because the court had applied Amendment 821 to Silva-Velazquez at sentencing. We discern no abuse of discretion and affirm the district court's denial of Silva-Velazquez's § 3582(c)(2) motion for a sentence reduction.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*